Court of Criminal Appeals
Po Box 12308, Capitol Station
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 28 2015

COA No. PD-1209-14-CR
Abel Acosta, Clerk

Re: Perry, Michael
CCA No. PD-1209-14
Trial Court Case No. 42,139-A

## Notice of Change of Address

To The Honorable Justices of The Texas Court of Criminal Appeals;

Now Comes The Petitioner, Michael Dean Perry, pro se, and files this, his notice of Change of address. Please instruct The Clerk of The Court to make note of The New address herein Listed below;

Michael Dean Perry, TDCJ No. 1838827
Ellis Unit
1697 FM 980
Huntsville, Tx 77343

Respectfully Submitted,

Michael Dean Perry pro se

May 26, 2015
Moms Birthday! She's 82!

1 of 2

## Unsworn Declaration

I, Michael Dean Perry TDCJ No. 1838827 being presently incarcerated in the Texas Department of Criminal Justice at the Ellis Unit, 1697 FM 980. Huntsville, Tx 77343 Declare Under Penalty of Perjury That the above and foregoing is True and Correct.

Executed on This the 26th day of Mach, 2015

By the Petitioner x ___Michael Dean Perry TDCJ No. 1838827___


## Certificate of Service

I, Michael Dean Perry TDCJ No. 1838827 do hereby Certify That a True and Correct Copy of The above and foregoing Motion, Unsworn Declaration, and Certificate of Service have been Served by placing Same in The U.S. Mail First Class postage prepaid on This The 26th days of May, 2015

By The Petitioner x ___Michael Dean Perry TDCJ No. 1838827___

Return Service Requested

2 of 2